UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV  26-2217-AS | Date | June 10, 2026 |
|---|---|---|---|
| Title | Mark Glinoga v. Sullivan Entertainment Inc., et al. | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge | |
|---|---|---|
| Alma Felix | | N/A |
| Deputy Clerk | | Court Smart / Recorder |
| Attorney Present for Plaintiff: | | Attorney Present for Defendants: |
| None present | | None present |

**Proceedings:**     **(IN CHAMBERS) ORDER TO SHOW CAUSE RE SERVICE OF PROCESS**

Plaintiff filed a Complaint in this action on March 2, 2026, against Defendants Sullivan Entertainment Inc., Sullivan Home Entertainment Ltd., Sullivan Entertainment International Inc., and Sullivan Entertainment Group Inc.  (Dkt. No. 1).  On March 3, 2026, the Clerk of the Court issued a Notice of Assignment to a U.S. Magistrate Judge and Declination of Consent ("Notice of Assignment").[1]  (Dkt. No. 2).  On April 7, 2026, Plaintiff requested issuance of the summons, and the Clerk of the Court issued a summons as to each Defendant that day.  (Dkt. Nos. 9, 11).

Since then, Plaintiff still has not filed a proof of service reflecting that he served any Defendant.  More than ninety days have passed since the filing of the Complaint.  Rule 4(m) of the Federal Rules of Civil Procedure provides that if service of the summons and complaint is not made upon a defendant within ninety days of filing the complaint, "the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time."  Fed. R. Civ. P. 4(m).  If the plaintiff, however, "shows good cause for the failure, the court must extend the time for service for an appropriate period."  Id.

---

[1] The Notice of Assignment advises that this case has been assigned to U.S. Magistrate Judge Alka Sagar for all purposes and that any party may decline to consent to that assignment according to the schedule set forth for such declination.  Pursuant to Central District of California Local Civil Rule ("Local Rule") 73-2.1, each newly served party or party added to the case must be served the Notice of Assignment at the time of service of the summons and compliant or other case-initiating document.  See Local Rule 73-2.1.  The period for a newly served party or party added to decline consent begins to run upon service of the Notice.  Id.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 26-2217-AS | | Date | June 10, 2026 |
|---|---|---|---|---|
| Title | Mark Glinoga v. Sullivan Entertainment Inc., et al. | | | |

Plaintiff is therefore ORDERED TO SHOW CAUSE in writing, within <u>fourteen (14) days</u> of the date of this Order, why service was not timely made and why this case should not be dismissed without prejudice for failure to effect service and for lack of prosecution. Failure to timely file a written response to this Order may result in dismissal of this action for failure to effect service of process within the time specified by Rule 4(m) of the Federal Rules of Civil Procedure, for failure to prosecute, and/or for failure to obey a court order. <u>See</u> Fed. R. Civ. P. 41(b).

<u>Plaintiff is reminded that each newly served party or party added to the case must be served with the Notice of Assignment at the time of service of the summons and complaint, and Plaintiff must file a proof of service indicating that Defendant was served with the Notice of Assignment.</u>

**IT IS SO ORDERED.**